UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMERICAN STATES INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> GROAT BROS, INC., d/b/a CIRCLE C ROCK PRODUCTS, a Washington corporation, <br><br> Defendant. | No. 12-cv-05666 BHS <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS TO ANY PARTY** |

TO:     THE CLERK OF THE COURT
AND TO:   ALL PARTIES OF RECORD HEREIN

     The parties, by and through their undersigned counsel of record, hereby stipulate and agree that all claims by and between plaintiff American States Insurance Company and defendant Groat Bros, Inc., d/b/a Circle C Rock Products have been settled and may be dismissed with prejudice and without costs to any party.

DATED this 11th day of January, 2013.

NICOLL BLACK & FEIG PLLC            STOEL RIVES, LLP

*/s/ William A. Pelandini*               */s/ Louis A. Ferreira*
William A. Pelandini, WSBA No. 11521      Louis A. Ferreira, WSBA No. 20646
Of Attorneys for Plaintiff                  Of Attorneys for Defendant

STIPULATION AND ORDER OF DISMISSAL - 1

**ORDER OF DISMISSAL**

Based upon the foregoing Stipulation, and the Court being fully advised in the premises, NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that all claims by and between plaintiff American States Insurance Company and defendant Groat Bros, Inc., d/b/a Circle C Rock Products are hereby dismissed with prejudice and without costs to any party. This is a final order resolving this cause number.

DATED this 16th day of January, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

**Presented by:**
NICOLL BLACK & FEIG PLLC


/s/ *William A. Pelandini*
William A. Pelandini, WSBA No. 11521
Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL - 2

**CERTIFICATE OF SERVICE**

I, William A. Pelandini, certify and state as follows:

1. I am a citizen of the United States and a resident of the State of Washington; I am over the age of 18 years and not a party of the within entitled cause. I am employed by the law firm of Nicoll Black & Feig, whose address is 1325 Fourth Avenue, Suite 1650, Seattle, WA 98101.

2. I hereby certify that on this 11th day of January 2013, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record registered with CM/ECF.

DATED: January 11, 2013.

By: /s/ *William A. Pelandini*
William A. Pelandini, WSBA No. 11521

**Defendant's Counsel:**

Louis A. Ferreira
Stoel Rives, LLP
600 University Street, Suite 2600
Seattle, WA 98101
Phone: (206) 624-0900
Fax:    (206) 386-7500
laferriera@stoel.com

STIPULATION AND ORDER OF DISMISSAL - 3

LAW OFFICES OF
**NICOLL BLACK & FEIG PLLC**
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555